**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

# UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON - TACOMA

In re:

DENNIS LAKINS,

Debtor.

CASE NO. 23-40225-BDL

CHAPTER 7

ORDER GRANTING JOINT MOTION FOR COMFORT ORDER CONFIRMING NO STAY IMPOSED BY PETITION FILING

This matter came before the court on the Joint Motion For Comfort Order Confirming No Stay Imposed by Petition Filing filed by Interested Party Fresh Collar, LLC through ("Fresh Collar") and U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series, 2021 BKM-TT-V ("U.S. Bank"). Based upon the record and the representations made to the Court, **IT IS HEREBY ORDERED**:

///

1. The Motion for Comfort Order Confirming No Stay Imposed by Petition Filing is granted.
2. No automatic stay was imposed by the filing of petition, 23-40225, given Dennis Lakins, purported debtor, was deceased prior to February 17, 2023 as evidenced by public record and therefore did not sign the petition as filed.
3. The fourteen-day stay period as described in Bankruptcy Rule 4001(a)(3) to the extent it applies is waived.

Submitted by,

Ghidotti | Berger LLP
*/s/ Erica Loftis Pacheco*_____
Erica Loftis Pacheco, WSBA #44308
Attorneys for U.S. Bank